

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00545-CR

Santos Javier **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0276-CR
Honorable Roland Andrade, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 22, 2023.

Liza A. Rodriguez, Justice